Order issued October 17, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01186-CR

**LAURA SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 1
Dallas County, Texas
Trial Court Cause No. MB10-52665**

# ORDER

We **GRANT** Official Court Reporter Vicki L. Tuck's October 15, 2012 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

We **ORDER** the trial court to file within **FOURTEEN DAYS** a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(d).

_____
LANA MYERS
JUSTICE